UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

LYNNE HERZOG, individually and on behalf
of all others similarly situated,

                               Plaintiff,

v.                                          ORDER

                                          7:19-cv-9097-(PMH)

FARMES INSURANCE GROUP, et al.,

                               Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       This matter has recently been reassigned to me. The Court has reviewed Defendant's pre-motion letter request dated December 9, 2019 (Doc. 10) and Plaintiff's response dated December 12, 2019 (Doc. 12) and grants the Defendant's request to file a motion to dismiss. The Court directs the following briefing schedule: Defendant's motion to dismiss shall be served and filed on or before June 1, 2020; Plaintiff's opposition thereto shall be served and filed on or before June 15, 2020; and Defendant's reply shall be served and filed on or before June 22, 2020. Any request for an extension must comply with Rule 1(C) of my Individual Practices.

Dated: New York, New York
       April 6, 2020

                                              _____
                                              Philip M. Halpern
                                              United States District Judge