UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LYNNE HERZOG,

                Plaintiff,

v.

FARMERS GROUP, INC., et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-09097 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The oral argument scheduled for February 16, 2021 at 2:30 p.m. will be held remotely via video conference through Skype for Business.

    Counsel (and all individuals attending the oral argument) shall use the following link to access Skype for Business at the scheduled time:

[Join online meeting](https://meet.lync.com/fedcourts-nysd/shari_hochberg/BCJWR3A4)
(https://meet.lync.com/fedcourts-nysd/shari_hochberg/BCJWR3A4)

                SO ORDERED:

Dated: New York, New York
       February 9, 2021

                _____
                Philip M. Halpern
                United States District Judge