UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LYNNE HERZOG,

                Plaintiff,

v.

FARMERS GROUP, INC., et al.,

                Defendants.
-------------------------------------------------------------X

**ORDER**

19-CV-09097 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held oral argument on Defendants' motions to dismiss (Docs. 18, 23) on February 16, 2021. Following oral argument, the Court issued a bench ruling. For the reasons stated on the record, Defendants' motions are GRANTED. The Court directs the Clerk to terminate the pending motions (Docs. 18, 23) and close this action.

SO ORDERED:

Dated: New York, New York
       February 17, 2021

_____
Philip M. Halpern
United States District Judge